UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re U.S. Foodservice, Inc.* <br> *Pricing Litigation* | Civil Action No. 07-1894 (AWT) <br> MDL No. 1894 (AWT) |
| This Document Relates To: | |
| Waterbury Hospital, *et al.*, <br>                         Plaintiff, <br> v. <br> U.S. Foodservice, Inc., <br>                         Defendant. | Civil Action No. 06-1657 (AWT) |
| Catholic Healthcare West, <br>                         Plaintiff, <br> v. <br> Koninklijke Ahold N.V., *et al.*, <br>                         Defendants. | Civil Action No. 08-0004 (AWT) |
| Thomas & King, Inc., <br>                         Plaintiff, <br> v. <br> Koninklijke Ahold N.V., *et al.*, <br>                         Defendants. | Civil Action No. 08-0005 (AWT) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS'
MEMORANDUM OF LAW PURSUANT TO THE COURT'S APRIL 23, 2013 ORDER
TO SHOW CAUSE WHY WHITE & CASE LLP SHOULD NOT BE DISQUALIFIED
<u>FROM CONTINUING TO REPRESENT USF IN THIS CASE AND EXHIBITS</u>**

      Come now Plaintiffs Waterbury Hospital, Catholic Healthcare West, Frankie's Franchise Systems, Inc., and Thomas & King, Inc., by and through their undersigned attorneys, and move pursuant to Local Rule 5(e) of the U.S. District Court for the District of Connecticut, and this Court's Protective Order dated July 6, 2009, to manually file under seal as follows:

1

1. A complete and unredacted version of Plaintiffs' Memorandum of Law Pursuant to the Court's April 23, 2013 Order to Show Cause Why White & Case LLP Should Not Be Disqualified From Continuing to Represent USF in This Case and Exhibits 1-3, 5-7, 9-10, 12, 14-17, 19-37, 39, 41-43, and 47, and to file contemporaneously a redacted, electronic version of the same.

In support of this Motion to Seal, Plaintiffs submit the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Court grant its Motion to Seal.

Dated: April 29, 2013.

          Respectfully submitted,

          **HUNTON & WILLIAMS, LLP**

          By: /s/ Rick Wyatt
          Richard L. Wyatt, Jr.
          Todd M. Stenerson
          Torsten M. Kracht
          Ryan P. Phair
          2200 Pennsylvania Ave., N.W.
          Washington, D.C. 20037
          (202) 955-1500

          **WHATLEY, DRAKE & KALLAS, LLC**
          Joe R. Whatley, Jr.
          380 Madison Ave., 23rd Floor
          New York, NY 10017
          (212) 447-7070

          **DRUBNER & HARTLEY LLC**
          James E. Hartley, Jr.
          500 Chase Parkway
          Waterbury, CT 06708
          (203) 753-9291

          and

          Charles Hellman
          1540 Broadway, 37th Floor
          New York, NY 10036
          (212) 736-2121

          **AKIN GUMP STRAUSS HAUER & FELD LLP**
          R. Laurence Macon
          300 Convent Street, Suite 1600
          San Antonio, Texas 78205
          (210) 281-7000

          *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ryan P. Phair, hereby certify that I sent a copy of the foregoing Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Memorandum of Law Pursuant to the Court's April 23, 2013 Order to Show Cause Why White & Case LLP Should Not Be Disqualified From Continuing to Represent USF in This Case and Exhibits via email and U.S. Mail on Monday, April 29, 2013, to:

>Douglas P. Baumstein
>White & Case LLP
>1155 Avenue of the Americas
>New York, NY 10036
>dbaumstein@whitecase.com

By: _____
Ryan P. Phair