UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re U.S. Foodservice, Inc. Pricing Litigation, | Civil Action No. 07-1894 (AWT) <br> MDL No. 1894 (AWT) |
| This Document Relates To: | |
| Waterbury Hospital, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Foodservice, Inc., <br><br> Defendant. | Civil Action No. 06-1657 (AWT) |
| Catholic Healthcare West, <br><br> Plaintiff, <br><br> v. <br><br> Koninklijke Ahold N.V., *et al.*, <br><br> Defendants. | Civil Action No. 08-0004 (AWT) |
| Thomas & King, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Koninklijke Ahold N.V., *et al.*, <br><br> Defendants. | Civil Action No. 08-0005 (CFD) <br><br> May 23, 2014 |

**JOINT MOTION TO STAY ALL PROCEEDINGS AND
TO WITHDRAW ALL PENDING MOTIONS WITHOUT PREJUDICE**

Plaintiffs and Defendant US Foods, Inc. (f/k/a U.S Foodservice, Inc.) ("USF"), by and through their undersigned counsel, hereby move this Court for (1) leave to withdraw, without

prejudice, all pending motions by the parties, and (2) a stay of all proceedings in this action pending this Court's approval of the parties' settlement.  In support of this Motion, Plaintiffs and USF hereby submit the following:

1.  Following a two day mediation on May 19 and 20, 2014, before the Honorable Layn Phillips, the parties entered a binding term sheet (the "Settlement") for the resolution of this class action.  The Settlement permits a potential superseding long-form settlement agreement, with the mediator, the Honorable Layn Phillips, addressing any disputes among the parties as to the documentation of such agreement.

2.  In light of the Settlement, Plaintiffs and USF believe that the interests of judicial economy would be served by staying all proceedings in this action.   Upon the completion of the comprehensive settlement agreement, the parties will submit a motion for the Court's preliminary approval of the Settlement, notice and a notice plan.

3.  Plaintiffs and USF also believe that, in light of the Settlement, the interests of judicial economy would be served by withdrawing the following pending subpoenas and motions without prejudice:

   a. Plaintiffs' Motion For Issuance Of Letters Rogatory  [Docket No. 249]

   b. Plaintiffs' Motion For Issuance Of Letters Rogatory  [Docket No. 250]

   c. Plaintiffs' Motion To Enforce Subpoena And Compel Production Of Non-Privileged Documents From White & Case LLP [Docket No. 274]

   d. USF's Motion to Compel [Docket No. 293]

   e. Plaintiffs' Motion To Compel USF To Produce Litigation Hold Notices And Other Pertinent Information [Docket No. 299]

   f. Order to Show Cause [Docket No. 353]

   g. Plaintiffs' Motion To Supplement The Record re Application For Issuance Of Letters Of Request And For Fees, Costs, and Other Relief Associated With Plaintiffs' Applications For Letters Rogatory [Docket No. 422]

    h.   Plaintiffs' Motion To Supplement The Record Of Plaintiffs' Memorandum In Opposition To USF's Motion To Compel [Docket No. 444]

    i.   Plaintiffs' Motion For A Protective Order Prohibiting USF From Communicating With Potential Class Members [Docket No. 470]

    j.   Plaintiffs' Motion To Enforce The Court's Order Compelling USF To Produce Electronic Data [Docket No. 471]

    k.   Plaintiffs' Motion for Approval of Notice Plan and Form and Content of Class Notice [Docket No. 476]

    l.   Plaintiffs' subpoenas on non-parties Clayton, Dubilier & Rice LLC and Richard Schnall, which are the subject of such non-parties' Motion For Protective Order and Motion to Quash [Docket No. 482]

    m.   Plaintiffs' subpoena on non-party Robert Tobin, which is the subject of Mr. Tobin's Motion For Protective Order and Motion to Quash [Docket No. 493]

    n.   Plaintiffs' subpoena on non-party Sysco Corporation

    o.   Plaintiffs' and USF's subpoenas to non-party Premier

    p.   Plaintiffs' and USF's subpoenas to non-party Novation

WHEREFORE, the parties respectfully request to withdraw, without prejudice, the pending motions and subpoenas listed above, and that the Court stay all proceedings in this action.

Dated: May 23, 2014

Respectfully submitted,

By: */s/ James E. Hartley*
James E. Hartley, Jr.
Charles Hellman
Drubner, Hartley & Hellman
500 Chase Parkway
Waterbury, CT 06708-3346
203-753-9291
jhart@dholaw.com

By: */s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
Whatley Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036
212-447-7070
jwhatley@wdklaw.com

By: */s/ Richard Leslie Wyatt, Jr.*
Richard Leslie Wyatt, Jr.
Todd M. Stenerson
Torsten M. Kracht
Ryan P. Phair
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-419-2162
rwyatt@hunton.com

By: */s/ R. Laurence Macon*
R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
210-281-7222
lmacon@akingump.com

*Attorneys for Plaintiffs*

By: */s/ Glenn M. Kurtz*
Glenn M. Kurtz
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
212-819-8252
gkurtz@whitecase.com

By: */s/ Erick M. Sandler*
Erick M. Sandler
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103
860-275-0100
mpshea@daypitney.com

By: */s/ Stephen Neuwirth*
Stephen Neuwirth
Steig D. Olson
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
stephenneuwirth@quinnemanuel.com

*Attorneys for Defendant US Foods, Inc.*