UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re U.S. Foodservice, Inc. Pricing Litigation*<br><br>This Document Relates To: All Matters | Case No. 3:07-md-1894 (AWT) |

**MOTION ON CONSENT FOR LEAVE TO SUPPLEMENT MOTION
FOR AWARD OF FEES AND EXPENSES FROM THE
<u>COMMON FUND AND AN INCENTIVE AWARD FOR LEAD PLAINTIFFS</u>**

Class Counsel respectfully requests leave to supplement its Motion for Award of Fees and Expenses from the Common Fund and an Incentive Award for Lead Plaintiffs [Dkt. 510]. Defendant has consented to the relief requested herein. Pursuant to the Court's July 14, 2014 order Preliminarily Approving Plaintiffs' Settlement Agreement with U.S. Foods, Inc. f/k/a U.S. Foodservice, Inc. ("USF") [Dkt. 508] the deadline for Class Counsel to file an application for attorney's fees, reimbursement of expenses, and an award for class representatives was August 29, 2014. Class Counsel complied with the Court's order and timely submitted its Motion, which requested reimbursement of the $7,933,858.41 in expenses Class Counsel advanced for the benefit of the Class.

As explained in the accompanying Declaration of Torsten M. Kracht, Class Counsel processed $147,585.39 in additional invoices related to the litigation after the August 29, 2014 deadline, and respectfully requests that it be granted leave to supplement its request for expenses to add the additional invoiced costs, for total expenses of $8,081,443.80.

Class Counsel's Motion for Fees and Expenses was publically filed on August 29, 2014, and has been available on the Class Website at www.usfoodservicepricinglitigation.com since it was filed. No Class Member has objected to Class Counsel's original request for expenses.

Class Counsel will inform the class of the request for additional expenses by posting this motion and accompanying declaration on the Class Website, and by posting as well any Order by the Court.

For the foregoing reasons, Class Counsel respectfully requests that the Court grant leave to supplement its request for reimbursement of expenses to include an additional $147,585.39, for a total of $8,081,443.80.

Dated: November 7, 2014.

Respectfully,


By: */s/ Richard L. Wyatt, Jr.*

| | |
|---|---|
| **HUNTON & WILLIAMS LLP** | **WHATLEY KALLAS, LLP** |
| Richard L. Wyatt, Jr. | Edith M. Kallas |
| Todd M. Stenerson | Joe R. Whatley, Jr. |
| Torsten M. Kracht | Ilze C. Thielmann |
| Ryan P. Phair | 1180 Avenue of the Americas, 20th Floor |
| 2200 Pennsylvania Ave. NW | New York, NY 10036 |
| Washington, D.C. 20037 | (212) 447-7070 |
| (202) 955-1500 | |
| | |
| **DRUBNER, HARTLEY & HELLMAN, L.L.C.** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| James E. Hartley, Jr. | R. Laurence Macon |
| 500 Chase Parkway | 300 Convent Street, Suite 1600 |
| Waterbury, CT 06708 | San Antonio, Texas 78205 |
| (203) 753-9291 | (210) 281-7000 |

2

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2014, I caused a copy of this Motion on Consent for Leave to Supplement Motion for Award of Fees and Expenses from the Common Fund and an Incentive Award for Lead Plaintiffs to be filed electronically on the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and a copy of the filed motion will be made available to the public on the Class Website at www.usfoodservicepricinglitigation.com. Parties may access this filing through the Court's CM/ECF database.

By: <u>/s/ Torsten M. Kracht</u><br>Torsten M. Kracht