UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *In re U.S. Foodservice, Inc.* *Pricing Litigation* | Case No. 3:07-md-1894 (AWT) |
| This Document Relates To: All Matters | |

# DECLARATION OF TORSTEN M. KRACHT
## IN SUPPORT OF MOTION ON CONSENT FOR LEAVE TO SUPPLEMENT MOTION FOR AWARD OF FEES AND EXPENSES FROM THE COMMON FUND AND AN INCENTIVE AWARD FOR LEAD PLAINTIFFS

I, Torsten M. Kracht, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am a partner at the law firm of Hunton & Williams LLP, 2200 Pennsylvania Ave. NW, Washington, DC 20037. I am licensed to practice law in New York, New Jersey, and the District of Columbia, and have been admitted to this Court as a visiting attorney to represent the Plaintiffs in the above-captioned action, and I submit this Declaration in support of the Motion on Consent for Leave to Supplement Motion for Award of Fees and Expenses from the Common Fund and an Incentive Award for Lead Plaintiffs.

2. After Class Counsel submitted its request for reimbursement of litigation expenses paid on behalf of the class, Hunton & Williams processed four additional invoices, totaling $147,585.39, related to the litigation. These invoices included:

   a. **An invoice from Matson Driscoll & Damico LLP ("MDD") for $139,476.54.** Jack Damico, Partner at MDD, served the Class as an expert on damages and forensic accounting. The invoice was not processed before August 29, 2014 because Mr. Damico sent it with his final correspondence to Class Counsel instead of to our administrative employee who normally received and processed all invoices from MDD. We did not realize that the invoice had not been processed until MDD sent a reminder for payment after August 29, 2014.

b. **An invoice from Claritas Data Solutions ("Claritas") for $5,130.00.** Claritas hosted a review platform for all of the electronic documents collected in discovery during the course of the litigation. The invoice, which was for services rendered through July 31, 2014 was not received and processed by our accounting department before August 29, 2014.

c. **An invoice from TSG Court Reporting Service ("TSG") for $1,410.85.** TSG provided court reporting services during a deposition of a third-party witness. The invoice was initially sent to a paralegal in our office instead of to our administrative employee who normally received and processed all invoices from vendors like TSG. We did not realize that the invoice had not been processed until TSG sent a reminder for payment after August 29, 2014.

d. **An invoice from Veritext New York Reporting Co. ("Veritext") for $1,568.00.** Veritext provided court reporting services during the deposition of one of USF's expert witnesses. The invoice was addressed to Deborah Clarke-Weintraub at the Whatley Kallas firm. Ms. Weintraub left the Whatley Kallas firm and the invoice was never presented internally for payment as it normally would have been. Class Counsel did not become aware that the invoice had not been processed until it received a reminder for payment after August 29, 2014.

True and accurate copies of the invoices are attached as Exhibits A-D. These expenses were not included in Class Counsel's August 29, 2014 request for reimbursement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2014.

                                                                                         */s/ Torsten M. Kracht*
                                                                                           Torsten M. Kracht

# Exhibit A



**MATSON DRISCOLL & DAMICO LLP**
**Certified Public Accountants**

FORENSIC ACCOUNTANTS

1411 Opus Place, Suite 240 . Downers Grove, IL 60515

**T** 630.725.9220    **F** 630.725.9221    **W** mdd.com

FEIN: 36-3799916

July 02, 2014

Wire Banking Information:
TD Bank, N.A.
Account # 4244286161
Routing # 031201360
Swift Code: (US) NRTHUS33/(FOREIGN) TDOMCATTTOR

**Invoice No.: 34201400011**
MDD Project Number: NATL-00005-08

Mr. Torsten Kracht
Hunton & Williams
2200 Pennsylvania Avenue, NW
Washington, DC  20037

**RE: U.S. Foodservices, Inc.**
   Loss Location: Washington, DC
   Date of Loss: 2000-2005
   File Number: Civil Action No. 3:06-CV-01657 (CFD) (TPS)
   Case Docket Number: Civil Action No. 07-1894 (CFD)

**Professional Services through June 28, 2014**

|   |   |
|---|---:|
| Fee | $ 148,373.00 |
| **Total Reimbursables** | $ 5,940.84 |
| **Total this Invoice** | $ 154,313.84 |

**Please process payment of this invoice with a discount on our fees of $14,837.30, for a total payment amount of $139,476.54.**

# Billing Backup

Project: NATL-00005-08  Invoice 34201400011 - Dated 07/02/2014

**Professional Personnel**

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Senior Partner** | | | | |
| **John Damico** | | | | |
| 03/31/2014 | G-Review progress of assignment<br>Prepare work plan in conjunction with analyis | 2.80 | 475.00 | 1,330.00 |
| 04/01/2014 | G-Review progress of assignment<br>Read data and participate in two conference calls with RDSI | 4.30 | 475.00 | 2,042.50 |
| 04/02/2014 | G-Review progress of assignment<br>Review document protocol with staff | 1.70 | 475.00 | 807.50 |
| 04/11/2014 | G-Review progress of assignment<br>Review PB supporting documents | 0.90 | 475.00 | 427.50 |
| 04/14/2014 | G-Review progress of assignment<br>Review status of MDD work product | 2.70 | 475.00 | 1,282.50 |
| 04/17/2014 | G-Review progress of assignment<br>Conference Call with Torsten & Rachel | 1.20 | 475.00 | 570.00 |
| 04/22/2014 | G-Review progress of assignment<br>In-house status call | 0.80 | 475.00 | 380.00 |
| 04/27/2014 | G-Review progress of assignment<br>Prepare materials for mediation | 4.30 | 475.00 | 2,042.50 |
| 04/28/2014 | G-Review progress of assignment<br>Prepare materials for mediation | 2.60 | 475.00 | 1,235.00 |
| 04/29/2014 | G-Review progress of assignment<br>Prepare materials for mediation | 3.80 | 475.00 | 1,805.00 |
| 04/30/2014 | G-Review progress of assignment<br>Conference call with counsel and consultant including preparation time | 1.30 | 475.00 | 617.50 |
| 05/05/2014 | G-Preparation of report schedules<br>Review MDD work product | 2.10 | 475.00 | 997.50 |
| 05/05/2014 | G-Preparation of report schedules<br>Follow-up on deliverables with counsel and staff | 1.90 | 475.00 | 902.50 |
| 05/06/2014 | G-Preparation of report schedules<br>Meet and confer with staff on information for Mediation | 8.00 | 475.00 | 3,800.00 |
| 05/07/2014 | G-Preparation of report schedules<br>Meet and confer with staff on information for Mediation | 8.00 | 475.00 | 3,800.00 |
| 05/08/2014 | G-Preparation of report schedules<br>Follow-up on deliverables with counsel and staff | 1.70 | 475.00 | 807.50 |
| 05/13/2014 | G-Review progress of assignment<br>Review MDD presentation materials for Mediaton | 3.40 | 475.00 | 1,615.00 |
| 05/14/2014 | G-Review progress of assignment<br>Review Mediation Presentation Materials | 2.20 | 475.00 | 1,045.00 |
| 05/15/2014 | G-Review progress of assignment<br>Review Mediation Presentation Materials | 1.90 | 475.00 | 902.50 |
| 05/18/2014 | L-Conference with attorney<br>Review of work product and standing by for NY mediation | 3.20 | 475.00 | 1,520.00 |
| 05/19/2014 | L-Conference with attorney<br>Review of work product and standing by for NY mediation | 8.00 | 475.00 | 3,800.00 |
| 05/20/2014 | L-Conference with attorney<br>Review of work product and standing by for NY mediation | 8.00 | 475.00 | 3,800.00 |
| 05/21/2014 | L-Conference with attorney<br>Review of work product and standing by for NY mediation | 6.00 | 475.00 | 2,850.00 |
| 05/22/2014 | L-Conference with attorney<br>Review of work product and standing by for NY mediation | 5.00 | 475.00 | 2,375.00 |

| Project | NATL-00005-08 | U.S. Foodservices, Inc. | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/23/2014 | L-Conference with attorney | | 4.00 | 475.00 | 1,900.00 |
| | Review of work product and standing by for NY mediation | | | | |
| 05/26/2014 | G-Review progress of assignment | | 1.40 | 475.00 | 665.00 |
| | File wind-down following settlement | | | | |
| 06/04/2014 | L-Preparation of file for photocopying | | 2.10 | 475.00 | 997.50 |
| | Review electronic and hard copy file for proper storage | | | | |
| 06/06/2014 | L-Preparation of file for photocopying | | 0.60 | 475.00 | 285.00 |
| | Meeting with Joe and Brian to discuss file retention protocol | | | | |
| 06/11/2014 | G-Miscellaneous | | 4.20 | 475.00 | 1,995.00 |
| | Final review of materials for storage | | | | |
| | **Total - John Damico** | | **98.10** | | **$ 46,597.50** |

**David Elmore**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/31/2014 | B-Analysis of financial records | 1.50 | 350.00 | 525.00 |
| 03/31/2014 | G-Telephone conference with client | 1.00 | 350.00 | 350.00 |
| | Conference call with RDSI and JAD et al | | | |
| 04/01/2014 | G-Telephone conference with client | 1.50 | 350.00 | 525.00 |
| | WebEx with JAD et al | | | |
| 04/01/2014 | B-Analysis of financial records | 1.50 | 350.00 | 525.00 |
| 04/04/2014 | B-Analysis of financial records | 1.00 | 350.00 | 350.00 |
| 04/22/2014 | G-Telephone conference with client | 0.80 | 350.00 | 280.00 |
| | status call with JD, JH and BP | | | |
| 04/24/2014 | B-Analysis of financial records | 1.00 | 350.00 | 350.00 |
| 04/25/2014 | B-Analysis of financial records | 0.50 | 350.00 | 175.00 |
| 04/27/2014 | L-Review of depositions or examinations | 2.00 | 350.00 | 700.00 |
| 04/27/2014 | B-Analysis of financial records | 1.20 | 350.00 | 420.00 |
| 04/28/2014 | G-Telephone conference with client | 1.10 | 350.00 | 385.00 |
| 05/05/2014 | G-Preparation for meeting | 1.50 | 350.00 | 525.00 |
| 05/06/2014 | G-Preparation for meeting | 2.00 | 350.00 | 700.00 |
| 05/06/2014 | B-Analysis of financial records | 8.00 | 350.00 | 2,800.00 |
| 05/07/2014 | B-Analysis of financial records | 8.00 | 350.00 | 2,800.00 |
| 05/07/2014 | G-Review progress of assignment | 2.80 | 350.00 | 980.00 |
| 05/08/2014 | G-Review progress of assignment | 1.50 | 350.00 | 525.00 |
| 05/08/2014 | B-Analysis of financial records | 2.00 | 350.00 | 700.00 |
| 05/15/2014 | G-Preparation for meeting | 0.60 | 350.00 | 210.00 |
| 05/15/2014 | G-Telephone conference with client | 1.50 | 350.00 | 525.00 |
| 05/16/2014 | G-Preparation of correspondence/e-mail | 0.60 | 350.00 | 210.00 |
| 05/16/2014 | B-Analysis of financial records | 0.50 | 350.00 | 175.00 |
| 05/19/2014 | B-Analysis of financial records | 3.50 | 350.00 | 1,225.00 |
| 05/19/2014 | L-Review of depositions or examinations | 2.00 | 350.00 | 700.00 |
| 05/20/2014 | L-Review of depositions or examinations | 2.00 | 350.00 | 700.00 |
| | **Total - David Elmore** | **49.60** | | **$ 17,360.00** |

**Senior Manager**

  **Joseph Hunnius**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/31/2014 | L-Analysis of financial statements | 2.00 | 230.00 | 460.00 |
| 03/31/2014 | G-Telephone conference | 0.80 | 230.00 | 184.00 |
| | 3/31/14 - Call with Brad Halfacre at RDSI | | | |
| 04/01/2014 | G-Telephone conference | 2.00 | 230.00 | 460.00 |
| | 4/1/14 - Calls with JAD, BP and DRE | | | |
| 04/01/2014 | L-Analysis of financial statements | 1.50 | 230.00 | 345.00 |
| 04/02/2014 | L-Analysis of financial statements | 1.60 | 230.00 | 368.00 |
| 04/02/2014 | G-Telephone conference | 1.00 | 230.00 | 230.00 |
| | 4/2/14 - Conference call with Brad Halfacre at RDSI | | | |
| 04/03/2014 | L-Analysis of financial statements | 1.80 | 230.00 | 414.00 |

| Project | NATL-00005-08 | U.S. Foodservices, Inc. | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 04/04/2014 | L-Analysis of financial statements | 0.80 | 230.00 | 184.00 |
| 04/08/2014 | G-Analysis of loss measurement | 0.70 | 230.00 | 161.00 |
| 04/09/2014 | G-Analysis of loss measurement | 0.60 | 230.00 | 138.00 |
| 04/09/2014 | G-Conference with other experts<br>Meeting at RDSI offices | 4.30 | 230.00 | 989.00 |
| 04/09/2014 | L-Analysis of financial statements | 0.60 | 230.00 | 138.00 |
| 04/10/2014 | G-Conference with other experts<br>Meeting at RDSI offices | 8.00 | 230.00 | 1,840.00 |
| 04/11/2014 | L-Analysis of financial statements | 4.50 | 230.00 | 1,035.00 |
| 04/11/2014 | G-Analysis of loss measurement | 2.00 | 230.00 | 460.00 |
| 04/14/2014 | G-Analysis of loss measurement | 1.50 | 230.00 | 345.00 |
| 04/14/2014 | G-Telephone conference<br>4/14/14 - Call with Brad at RDSI | 0.10 | 230.00 | 23.00 |
| 04/16/2014 | G-Analysis of loss measurement | 1.00 | 230.00 | 230.00 |
| 04/17/2014 | G-Telephone conference<br>4/17/14 - Call with RDSI Brad Halfacre | 0.30 | 230.00 | 69.00 |
| 04/17/2014 | G-Analysis of loss measurement | 1.00 | 230.00 | 230.00 |
| 04/21/2014 | G-Analysis of loss measurement | 0.50 | 230.00 | 115.00 |
| 04/22/2014 | G-Analysis of loss measurement | 0.50 | 230.00 | 115.00 |
| 04/22/2014 | G-Telephone conference<br>4/22/14 - Call with JAD, DRE and BP | 1.00 | 230.00 | 230.00 |
| 04/23/2014 | G-Preparation of correspondence/e-mail<br>4/23/14 - Emails to DRE and JAD | 0.20 | 230.00 | 46.00 |
| 04/24/2014 | G-Preparation of correspondence/e-mail<br>4/23/14 - Email to Brad Halfacre at RDSI | 0.10 | 230.00 | 23.00 |
| 04/24/2014 | G-Analysis of loss measurement | 0.20 | 230.00 | 46.00 |
| 04/25/2014 | G-Analysis of loss measurement | 0.30 | 230.00 | 69.00 |
| 04/28/2014 | G-Analysis of loss measurement | 2.00 | 230.00 | 460.00 |
| 04/28/2014 | L-Prepare calculation of damages | 1.50 | 230.00 | 345.00 |
| 04/28/2014 | L-Analysis of financial statements | 2.00 | 230.00 | 460.00 |
| 04/29/2014 | L-Analysis of financial statements | 1.50 | 230.00 | 345.00 |
| 04/30/2014 | L-Analysis of financial statements | 1.20 | 230.00 | 276.00 |
| 04/30/2014 | G-Preparation of correspondence/e-mail<br>4/30/14 - Email to Brad at RDSI | 0.10 | 230.00 | 23.00 |
| 05/01/2014 | L-Analysis of financial statements | 1.50 | 230.00 | 345.00 |
| 05/01/2014 | G-Analysis of loss measurement | 0.50 | 230.00 | 115.00 |
| 05/07/2014 | G-Conference<br>5/7/14 - with DRE, JAD and BP | 8.00 | 230.00 | 1,840.00 |
| 05/07/2014 | L-Analysis of financial statements | 2.00 | 230.00 | 460.00 |
| 05/07/2014 | L-Telephone Conference with Attorney<br>5/7/14 - Calls with HW - Torsten/Rachel | 0.50 | 230.00 | 115.00 |
| 05/08/2014 | L-Telephone Conference with Attorney<br>5/8/14 - Calls with HW - Torsten/Rachel | 0.50 | 230.00 | 115.00 |
| 05/08/2014 | L-Analysis of financial statements | 4.50 | 230.00 | 1,035.00 |
| 05/09/2014 | G-Preparation of correspondence/e-mail<br>5/9/14 - Sent preliminary schedules to attorney | 0.20 | 230.00 | 46.00 |
| 05/09/2014 | G-Prepare preliminary schedules | 2.00 | 230.00 | 460.00 |
| 05/09/2014 | G-Analysis of loss measurement | 1.60 | 230.00 | 368.00 |
| 05/09/2014 | L-Analysis of financial statements | 2.00 | 230.00 | 460.00 |
| 05/14/2014 | L-Analysis of financial statements | 1.20 | 230.00 | 276.00 |
| 05/15/2014 | L-Analysis of financial statements | 1.50 | 230.00 | 345.00 |
| 05/15/2014 | G-Analysis of loss measurement | 2.00 | 230.00 | 460.00 |
| 05/16/2014 | G-Analysis of loss measurement | 2.00 | 230.00 | 460.00 |
| 05/19/2014 | G-Analysis of loss measurement | 2.60 | 230.00 | 598.00 |
| 06/05/2014 | G-Review of assignment in office | 0.50 | 230.00 | 115.00 |

| Project | NATL-00005-08 | U.S. Foodservices, Inc. | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | 6/5/14 - with JAD and BP | | | |
| 06/06/2014 | G-Review of assignment in office | | 0.80 | 230.00 | 184.00 |
| | | 6/6/14 - organization of and file closing procedures | | | |
| | | **Total - Joseph Hunnius** | **81.10** | | **$ 18,653.00** |

**Supervisor**
  **Brian Person**

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2014 | G-Telephone conference | | 1.50 | 190.00 | 285.00 |
| | Phone call with RDSI, Jack Damico, Joe Hunnius & Dave Elmore to discuss Damico Model 2.0 & Gotcshall data | | | | |
| 03/31/2014 | L-Prepare calculation of damages | | 7.00 | 190.00 | 1,330.00 |
| 04/01/2014 | L-Prepare calculation of damages | | 10.30 | 190.00 | 1,957.00 |
| 04/02/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/03/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/04/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/07/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/08/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/09/2014 | L-Prepare calculation of damages | | 4.60 | 190.00 | 874.00 |
| 04/09/2014 | G-Conference with other experts | | 4.30 | 190.00 | 817.00 |
| | Traveling to Charlottesville VA to meet with Brad Halfacre of RDSI to discuss Gotshall data | | | | |
| 04/10/2014 | G-Conference with other experts | | 8.00 | 190.00 | 1,520.00 |
| | Meeting with Brad Halfacre of RDSI to discuss Gotshall data | | | | |
| 04/14/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/15/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/16/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/17/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/21/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/22/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/23/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/24/2014 | L-Prepare calculation of damages | | 5.90 | 190.00 | 1,121.00 |
| 04/25/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/28/2014 | L-Prepare calculation of damages | | 9.20 | 190.00 | 1,748.00 |
| 04/29/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 04/30/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/01/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/02/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/05/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/06/2014 | L-Prepare calculation of damages | | 10.00 | 190.00 | 1,900.00 |
| 05/07/2014 | L-Prepare calculation of damages | | 7.50 | 190.00 | 1,425.00 |
| 05/12/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/13/2014 | L-Prepare calculation of damages | | 5.50 | 190.00 | 1,045.00 |
| 05/14/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/15/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/16/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/19/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/20/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/21/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 05/22/2014 | L-Prepare calculation of damages | | 8.00 | 190.00 | 1,520.00 |
| 06/05/2014 | L-Review and cataloging of documents | | 2.00 | 190.00 | 380.00 |
| | Discussing closeout with Jack and Joe | | | | |
| 06/16/2014 | L-Review and cataloging of documents | | 5.00 | 190.00 | 950.00 |
| 06/18/2014 | L-Review and cataloging of documents | | 6.30 | 190.00 | 1,197.00 |
| 06/19/2014 | L-Review and cataloging of documents | | 2.00 | 190.00 | 380.00 |
| 06/20/2014 | L-Review and cataloging of documents | | 2.00 | 190.00 | 380.00 |

| Project | NATL-00005-08 | U.S. Foodservices, Inc. | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Total - Brian Person** | **299.10** | | **$ 56,829.00** |

**Staff Accountant**

**Courtney Barnes**

| | | | | | |
|---|---|---|---|---|---|
| 03/31/2014 | L-Review and cataloging of documents | | 7.80 | 160.00 | 1,248.00 |
| 04/04/2014 | L-Review and cataloging of documents | | 1.50 | 160.00 | 240.00 |
| 05/08/2014 | L-Analysis of bank statements | | 1.20 | 160.00 | 192.00 |
| | | **Total - Courtney Barnes** | **10.50** | | **$ 1,680.00** |

**Conrad Biegel**

| | | | | | |
|---|---|---|---|---|---|
| 04/14/2014 | G-Examination of contracts/documents | | 0.30 | 140.00 | 42.00 |
| | | **Total - Conrad Biegel** | **0.30** | | **$ 42.00** |

**John Cason**

| | | | | | |
|---|---|---|---|---|---|
| 05/06/2014 | G-Preparation of visual aids | | 3.50 | 110.00 | 385.00 |
| 05/07/2014 | G-Preparation of visual aids | | 0.20 | 110.00 | 22.00 |
| | | **Total - John Cason** | **3.70** | | **$ 407.00** |

**Margaret Horan**

| | | | | | |
|---|---|---|---|---|---|
| 03/31/2014 | L-Review and cataloging of documents | | 7.20 | 160.00 | 1,152.00 |
| 04/01/2014 | L-Review and cataloging of documents | | 3.60 | 160.00 | 576.00 |
| 04/02/2014 | L-Review and cataloging of documents | | 5.70 | 160.00 | 912.00 |
| 04/14/2014 | G-Examination of contracts/documents | | 1.50 | 160.00 | 240.00 |
| 05/08/2014 | L-Review and cataloging of documents | | 1.40 | 160.00 | 224.00 |
| | | **Total - Margaret Horan** | **19.40** | | **$ 3,104.00** |

**Christopher Jarboe**

| | | | | | |
|---|---|---|---|---|---|
| 06/17/2014 | B-Analysis of revenue | | 0.40 | 120.00 | 48.00 |
| | | **Total - Christopher Jarboe** | **0.40** | | **$ 48.00** |

**Michael Mann**

| | | | | | |
|---|---|---|---|---|---|
| 05/07/2014 | G-Report and schedule checking | | 1.10 | 165.00 | 181.50 |
| 05/09/2014 | G-Report and schedule checking | | 2.50 | 165.00 | 412.50 |
| | | **Total - Michael Mann** | **3.60** | | **$ 594.00** |

**Matthew Weber**

| | | | | | |
|---|---|---|---|---|---|
| 04/02/2014 | L-Review and cataloging of documents | | 0.20 | 165.00 | 33.00 |
| | Reviewing Lee deposition against footnotes in Parente Beard report | | | | |
| 04/04/2014 | L-Review and cataloging of documents | | 4.60 | 165.00 | 759.00 |
| | Reviewing PB report footnote discrepancies | | | | |
| 04/24/2014 | L-Analysis of other expert's findings | | 4.90 | 165.00 | 808.50 |
| | Comparing PB schedules back to source documents | | | | |
| 04/25/2014 | L-Analysis of other expert's findings | | 3.80 | 165.00 | 627.00 |
| | Comparing PB schedules back to source documents | | | | |
| 05/06/2014 | L-Review and cataloging of documents | | 0.80 | 165.00 | 132.00 |
| | Discussion of Parente Beard schedules and tracing to source documents with Dave Elmore, Jack Damico and Brian Person | | | | |
| 05/06/2014 | G-Analysis of revised claim | | 1.40 | 165.00 | 231.00 |
| | Comparison of new and original PB schedules | | | | |
| 05/07/2014 | L-Review and cataloging of documents | | 0.10 | 165.00 | 16.50 |
| | Discussion of Parente Beard schedules and tracing to source documents with Dave Elmore, Jack Damico and Brian Person | | | | |
| 05/08/2014 | L-Analysis of bank statements | | 1.40 | 165.00 | 231.00 |
| | | **Total - Matthew Weber** | **17.20** | | **$ 2,838.00** |

**Para Professional**

**Alessandra Crandall**

| | | | | | |
|---|---|---|---|---|---|
| 04/02/2014 | L-Assist with document production | | 0.50 | 105.00 | 52.50 |
| | Format letter for JAD | | | | |
| 04/04/2014 | L-Review of depositions or examinations | | 0.60 | 105.00 | 63.00 |

| Project | NATL-00005-08 | U.S. Foodservices, Inc. | | | |
|---|---|---|---|---|---|

**Professional Personnel**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2014 | L-Review and cataloging of documents | | 1.00 | 105.00 | 105.00 |
| | | **Total - Alessandra Crandall** | **2.10** | | **$ 220.50** |
| | | **Total Labor** | **585.10** | | **$ 148,373.00** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| 04/04/2014 | Airfare / Hunnius, Joseph / Delta Airlines / For travel on 4/9 and 4/11 to Charlottesville, VA | 896.00 |
| 04/12/2014 | Airfare / Person, Brian / Delta | 1,087.00 |
| 05/05/2014 | Airfare / Damico, John / Delta Airlines | 798.00 |
| 05/05/2014 | Airfare / Elmore, David / Delta / Flight to Atlanta to meet with JAD et al | 854.00 |
| 04/09/2014 | Meals / Person, Brian / Sal's Caffe Italia | 54.43 |
| 04/10/2014 | Meals / Person, Brian / Market Street Market | 5.46 |
| 04/10/2014 | Meals / Hunnius, Joseph / Downtown Grille / Dinner with Brad Halfacre and BP | 193.00 |
| 04/10/2014 | Meals / Hunnius, Joseph / Breakfast/coffees | 18.00 |
| 04/11/2014 | Meals / Hunnius, Joseph / The Market at CHO Airport | 4.39 |
| 04/10/2014 | Hotel / Person, Brian / Marriott | 210.36 |
| 04/11/2014 | Hotel / Person, Brian / Marriott | 210.36 |
| 04/11/2014 | Hotel / Hunnius, Joseph / Courtyard - Charlottesville | 423.88 |
| 05/07/2014 | Hotel / Elmore, David / Courtyard / hotel in atlanta while meeting with JAD et al | 282.64 |
| 04/10/2014 | Parking/Tolls / Hunnius, Joseph / CPC Market St. Garage | 20.00 |
| 04/11/2014 | Parking/Tolls / Hunnius, Joseph / Park n Fly | 32.00 |
| 04/12/2014 | Parking/Tolls / Person, Brian / Hartsfield-Jackson Int'l Airport | 39.00 |
| 05/08/2014 | Parking/Tolls / Elmore, David / IAD - Dulles parking | 34.00 |
| 04/11/2014 | Rental Car / Hunnius, Joseph / Avis Rent a Car | 158.72 |
| 05/07/2014 | Rental Car / Elmore, David / Hertz / rental car in atlanta to meet with JAD et al | 142.95 |
| 05/07/2014 | Rental Car / Damico, John / Avis | 182.66 |
| 04/11/2014 | Mileage / Hunnius, Joseph / Office / Airport / 47.00 miles @ 0.56 | 26.32 |
| 04/13/2014 | Other Travel Costs / Hunnius, Joseph / Exxon / Fuel for rental car | 10.00 |
| 05/06/2014 | Other Travel Costs / Strickland, Melinda / Jimmy John's / Lunch for Dave Elmore, Jack Damico & Brian Person | 28.00 |
| 05/08/2014 | Other Travel Costs / Strickland, Melinda / Blue Moon Pizza | 30.67 |
| 05/07/2014 | Other Reimbursable Expenses / Person, Brian / Adobe Acrobat XI Pro / Purchased Adobe Acrobat upgrade to Pro version for use with US Foods file. | 199.00 |
| | **Total Reimbursables** | **$ 5,940.84** |
| | **Total This Report** | **$ 154,313.84** |
| | **Total This Invoice** | **$ 154,313.84** |

# Exhibit B



**Invoice Number: DC000000220**
**Date:  July 31, 2014**

**Remit to:**
**Accounts Receivable**
**Claritas Data Solutions**
**PO Box 34008**
**Washington DC 20043**

**Bill To:**
**Hunton & Williams**
**Attn:  Nicole Davis-Perez**
**2200 Pennsylvania Avenue NW**
**Washington DC 20037**

| Project Name | Client Matter Number | Payment Terms | Salesperson |
|---|---|---|---|
| US Foods | 744102.2 | Net 30 | 001 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 855 GB | Near-Line Data Hosting | $6.00 GB | $ 5,130.00 |

Near-line data storage.  Data hosted in SSAE 16 SOC Type II datacenter.
Client has access to live database.

| | |
|---|---|
| **Subtotal** | $ 5,130.00 |
| **Sales Tax** | $ 0.00 |
| **Total** | $ 5,130.00 |

*Thank you for your business!*

# Exhibit C



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2014
**INVOICE #** 013114-420571

**Bill To:**      Tanya Wood
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037

**CASE:**      In Re U.S. Foodservice Inc. Pricing Litigation
**WITNESS:**      Joan Ralph
**DATE:**      1/31/2014
**LOCATION:**      Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 404 | $3.25 | $1,313.00 |
| Certified Transcript - Early AM Pages | 25 | $1.25 | $31.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 183 | $0.20 | $36.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,380.85 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,410.85 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Exhibit D

# Veritext New York Reporting Co.
## A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Deborah Clarke-Weintraub, Esq.
Whatley Drake & Kallas LLC
1540 Broadway Flr 37
New York, NY 10036

**Invoice #:** NY319512
**Invoice Date:** 03/19/2010
**Balance Due:** $1,568.00

| | |
|---|---|
| **Case:** | U.S. Foodservice, Inc. Pricing Litigation |
| **Job #:** | 240883   \|   Job Date: 2/23/2010   \|   Delivery: Expedited |
| **Billing Atty:** | **Deborah Clarke-Weintraub, Esq.** |
| **Location:** | White & Case, LLP |
| | 1155 Avenue of the Americas \| New York, NY |
| **Sched Atty:** | Deborah Clarke-Weintraub, Esq. \| Whatley, Drake & Kallas, LLC |
| **Deposing Atty:** | **Deborah Clark-Weintraub** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Leeann Manning | Video - Initial fee | Package | 1.00 | $350.00 | $350.00 |
| 2 | | Video - Additional hours | Per hour | 7.50 | $140.00 | $1,050.00 |
| 3 | | Video - Additional hours | Per hour | 0.80 | $210.00 | $168.00 |

**Notes:** *Add''''l hours after 6pm.

**Invoice Total:** $1,568.00
**Payment:**
**Credits:**
**Interest:** $0.00
**Balance Due:** $1,568.00

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 133 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

_____    _____
Credit Card #                                      Exp. Date

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

**Invoice #:** NY319512
**Job #:** 240883
**Invoice Date:** 03/19/2010
**Balance:** $1,568.00

**Please remit payment to:**
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501